**Order entered November 16, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00695-CR

**DARIOUS DANTREL LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F20-75804-H**

## ORDER

Before the Court is the November 15, 2022 request of court reporter Cheryl A. Dixon for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **November 29, 2022**.

/s/    ERIN A. NOWELL
         JUSTICE